# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RACHEL HOLLOWAY, ET AL

VERSUS

MARKET PROPERTIES, LLC DBA
STADIUM VIEW APARTMENTS

NO.   2025 CW 1221

**FEBRUARY 23, 2026**

---

In Re:   Rachel Holloway, et al, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 745564.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.**   The district court's September 29, 2025 judgment which granted the motion for partial summary judgment filed by Market Properties LLC is vacated.   No rulings have yet been rendered on the merits of either the principal demand or reconventional demand.   Accordingly, there has been no judgment in favor of mover enforcing any of the conditions or covenants of the lease agreement, and therefore, there is an issue of fact as to entitlement to such an award.   We find the district court erred in granting the motion for partial summary judgment, and the motion is denied.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT